UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN J. ALEXANDER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GARZA, et al.<br><br>　　　　　　Defendants. | No. 1:20-cv-01486-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 19) |

　　　　Plaintiff Julian J. Alexander is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 29, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed only on plaintiff's claims against defendants Hackworth, Garza, Perez, Contreas, and Bonilla for deliberate indifference to plaintiff's serious medical needs in violation of the Eighth Amendment and on his claims against defendants Perez, Bonilla, Contreas, and Hackworth for retaliation in violation of the First Amendment, and that all other claims and defendants be dismissed from the action due to plaintiff's failure to state a cognizable claim for relief.  (Doc. No. 19.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days.  (*Id.* at 8.) No objections have been filed, and the time to do so has now passed.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
2 *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's
3 objections (Doc. No. 17), the court finds the findings and recommendations to be supported by
4 the record and by proper analysis.

5    Accordingly,

6    1.   The findings and recommendations issued on April 29, 2021 (Doc. No. 19) are
7         adopted in full;
8    2.   This action shall proceed only against defendants Hackworth, Garza, Perez,
9         Contreras, and Bonilla for deliberate indifference to plaintiff's serious medical
10        needs and on his retaliation claims against defendants Perez, Bonilla, Contreras,
11        and Hackworth, and that  all other claims; and
12   3.   All other claims and defendants are dismissed from this case based on plaintiff's
13        failure to state a claim.

IT IS SO ORDERED.

Dated:   **June 14, 2021**                         _____
                                                  UNITED STATES DISTRICT JUDGE

2