UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN J. ALEXANDER,<br><br>             Plaintiff,<br><br>      v.<br><br>GARZA, et al.,<br><br>             Defendants. | Case No.: 1:20-cv-01486-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION<br><br>(ECF No. 41) |

Plaintiff Julian J. Alexander is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendants' motion for summary judgment, filed January 20, 2022.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an opposition.

IT IS SO ORDERED.

Dated:   **January 21, 2022**

UNITED STATES MAGISTRATE JUDGE

1