UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN J. ALEXANDER,<br><br>       Plaintiff,<br><br>   v.<br><br>GARZA, et al.,<br><br>       Defendants. | Case No.: 1:20-cv-01486-DAD-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF FILING OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 47) |

   Plaintiff Julian J. Alexander is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

   Currently before the Court is Plaintiff's notice regarding the filing of his opposition to Defendants' motion for summary judgment, filed March 16, 2022.

   Plaintiff requests that the Court advise him whether his opposition to Defendants' motion for summary judgment was received and filed. Plaintiff is advised that the Court received and filed his opposition on February 24, 2022, and no further action is necessary. No further requests will be entertained as the Court does not have the time to respond to every request, especially a filing request.

IT IS SO ORDERED.

Dated:   **March 17, 2022**

                                                                 UNITED STATES MAGISTRATE JUDGE

1