UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN J. ALEXANDER,<br><br>        Plaintiff,<br><br>  v.<br><br>GARZA, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01486-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 39, 52) |

     Plaintiff Julian J. Alexander is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On May 13, 2022, the assigned magistrate judge issued findings and recommendations, recommending that defendants' exhaustion motion for summary judgment be granted and the instant action be dismissed, without prejudice.  (Doc. No. 52.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 30.)  After receiving an extension of time, Plaintiff filed objections on July 19, 2022.  (Doc. No. 55.)

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including

1

plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 13, 2022 (Doc. No. 53) are adopted in full;
2. Defendants' motion for summary judgment filed on January 3, 2022 (Doc. No. 39) is granted; and
3. The instant action is dismissed, without prejudice, for failure to exhaust the administrative remedies.

IT IS SO ORDERED.

Dated: September 21, 2022

_____
UNITED STATES DISTRICT JUDGE